```
 1  THOMAS P. O'BRIEN
    United States Attorney
 2  CHRISTINE C. EWELL
    Assistant United States Attorney
 3  Chief, Criminal Division
    RUPA S. GOSWAMI (California Bar No. 200033)
 4  Assistant United States Attorney
         1300 United States Courthouse
 5       312 North Spring Street
         Los Angeles, California 90012
 6       Telephone:  (213) 894-5486
         Facsimile:  (213) 894-6436
 7       Email:      rupa.goswami@usdoj.gov

 8  Attorneys for Plaintiff
    UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CASE NO. 04-1271-AHM |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER AND FINDINGS |
| | ) | |
| ANTHONY SEPULVEDA, | ) | |
| | ) | |
| Defendant. | ) | |

GOOD CAUSE HAVING BEEN SHOWN, the Court hereby adopts the findings of fact stipulated to by the parties.

IT IS THEREFORE ORDERED that this matter is taken off calendar for Tuesday, September 1, 2009.

DATED:_August 31, 2009

_____                    _____
                                   UNITED STATES DISTRICT JUDGE

cc: **USMO, USPO**